

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK

# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**AMATULLAH K. BOOTH**
*Senior Counsel*
Tel.: (212) 356-3534
Fax: (212) 356-3509
abooth@law.nyc.gov

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/12/2019

The conference scheduled for December 13, 2019, is adjourned to Thursday January 16, 2020, at 10:00 a.m

**VIA ECF**
Honorable Vernon S. Broderick
United States District Courthouse
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    Sara DeVincenzi as administrator for the Estate of Benjamin DeVincenzi
               v. City of New York, et al.
               19 CV 6012 (VSB)

Your Honor:

      I am the Senior Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, assigned to represent defendant City of New York in the above-referenced matter. For the reasons set forth below, the City respectfully requests an adjournment of the December 13, 2019 initial conference. This is the City's first request for an adjournment of the initial conference. Plaintiff consents to Defendant's application.

      On December 2, 2019, the Court scheduled an initial conference in this action, for December 13, 2019. The Order also instructed the parties to file a proposed case management plan and a joint letter, concerning the initial conference, no later than December 9, 2019. On December 9, 2019, the parties filed their proposed case management plan and a joint letter, in advance of the initial conference. However, the undersigned has a medical appointment that was previously scheduled for the morning of December 13, 2019. Consequently, Defendant City coferred with Plaintiff's Counsel concerning available dates, and respectfully requests an adjournment of the initial conference, to either: December 30, 2019, the week of January 6th or January 13th, 15th, or 16th, 2020. Should the adjournment affect any of the dates proposed in the parties' proposed case management plan, the parties will amend and refile their proposed case management plan with updated dates, in advance of the initial conference.

1

Defendant thanks the Court for its consideration herein.

Respectfully submitted,

/s/
_____
AMATULLAH K. BOOTH
Senior Counsel
Special Federal Litigation Division

To: Richard Soto   (VIA ECF)
Arthur Z. Schwartz
Advocates for Justice, Chartered Attorneys
225 Broadway, Suite 1902
New York, NY 10007
*Counsel for Plaintiff*