```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SARA DEVINCENZI as administrator for the                    :
estate of BENJAMIN DEVINCENZI,                              :
                                                            :
                              Plaintiff,                    :    19-CV-6012 (VSB)
                                                            :
            -against-                                       :    **ORDER**
                                                            :
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                              Defendants.                   :
                                                            ::
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/2020

VERNON S. BRODERICK, United States District Judge:

      The conference scheduled for January 16, 2020, is adjourned to Thursday January 30, 2020, at 11:00 a.m.

SO ORDERED.

Dated:  January 16, 2020
         New York, New York

_____
Vernon S. Broderick
United States District Judge