```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
SARA DEVINCENZI,                                       :
                                                       :
                         Plaintiff,                    :
                                                       :
         -against-                                     :         19-CV-6012 (VSB)
                                                       :
CITY OF NEW YORK, et al.,                              :              ORDER
                                                       :
                         Defendants.                   :
-------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Plaintiff's motion to compel, (Doc. 27), and Plaintiff's motion for default judgment and to strike Defendant Rivera's Answer, (Doc 38). I am also aware that the parties were scheduled to appear for a post-discovery conference on August 14, 2020, which was not held. Accordingly, it is hereby:

      ORDERED that the parties are to appear for a telephonic conference to address the discovery motion and default judgment motion on August 20, 2020 at 10:00 a.m.

      The dial-in information for the conference is as follows: 1-888-363-4749, conference code 2682448.

SO ORDERED.

Dated:   August 16, 2020
            New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge