UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARA DEVINCENZI as administrator for the :
ESTATE OF BENJAMIN DEVINCENZI, :
                              Plaintiff, :

       - against - :   ORDER
                                                      :   19-CV-6012 (VSB)(KNF)

THE CITY OF NEW YORK, a municipal entity, :
NEW YORK CITY POLICE OFFICER PAULE
RIVERA, NEW YORK CITY POLICE OFFICERS :
"JOHN DOES 1-9," :

                              Defendants. :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on November 24, 2020, at 2:00 p.m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York                 SO ORDERED:
        November 6, 2020

                                                           _____
                                                             KEVIN NATHANIEL FOX
                                                             UNITED STATES MAGISTRATE JUDGE