```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
SARA DEVINCENZI,                                            :
                                        Plaintiff,          :
                                                            :      19-CV-6012 (VSB)
            -against-                                       :
                                                            :            ORDER
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

  I am in receipt of the parties' November 6, 2020 letter requesting that the reference to a Magistrate Judge be withdrawn (Doc. 51.)  Accordingly, it is hereby:

  ORDERED that the reference to Magistrate Judge Fox is WITHDRAWN.  The Clerk of Court is respectfully directed to withdraw the order of reference to Magistrate Judge Fox (Doc. 49.)

  SO ORDERED.

Dated:  November 15, 2020
     New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge