```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
SARA DEVINCENZI,                                            :
                                    Plaintiff,              :
                                                            :      19-CV-6012 (VSB)
              -against-                                     :
                                                            :           ORDER
                                                            :
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2020

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' August 27, 2020 status report (Doc. 46) and the parties' November 6, 2020 letter requesting that I issue the Consent Order to expedite the release of records and address the dispute over Defendant Rivera's disciplinary records (Doc. 51.) Because the dates provided in the proposed case management plan have since passed, the parties are directed to provide an updated case management plan and scheduling order. After the parties do so, I will be able to address the Consent Order and Defendant Rivera's disciplinary records. Accordingly, it is hereby:

ORDERED that, by November 26, 2020, the parties jointly submit to the Court an updated proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Broderick.

SO ORDERED.

Dated:  November 15, 2020
        New York, New York

_____
Vernon S. Broderick
United States District Judge