```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
SARA DEVINCENZI,                                            :
                                        Plaintiff,          :
                                                            :          19-CV-6012 (VSB)
                -against-                                   :
                                                            :                **ORDER**
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                                        Defendants.         :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2//2020
```

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of the parties' August 27, 2020 status report, (Doc. 46), the parties' November 6, 2020 letter requesting that I address the dispute over Defendant Police Officer Paule Rivera's disciplinary records, (Doc. 51), and the parties' revised case management plan, (Doc. 57). Consistent with the agreement memorialized in the parties' August 27, 2020 status report, Defendants are directed to produce to Plaintiff IAB, CPI, and CCRB summaries of Defendant Rivera's disciplinary history that contain allegations similar in nature to the complaint that pre-date the July 8, 2016 incident by ten years. (*See* Doc. 46.) Upon receipt, Plaintiff's counsel will select the underlying files he would like produced, and Defendants will request the specific files from the appropriate agency. (*Id.*) Any summaries of Defendant Rivera's disciplinary records that are withheld from Plaintiff should be produced to the Court for in camera review.

    Accordingly, it is hereby:

    ORDERED that, by January 4, 2021, Defendants are to produce to Plaintiff summaries of Defendant Rivera's disciplinary records, consistent with the agreement memorialized in the parties' August 27, 2020 status report.

ORDERED that, by January 4, 2021, Defendants are to produce to the Court for in camera review any summaries of Defendant Rivera's disciplinary records that were withheld from Plaintiff.

SO ORDERED.

Dated: December 2, 2020
New York, New York

Vernon S. Broderick
United States District Judge