```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SARA DEVINCENZI,                                            :
                              Plaintiff,                    :
                                                            :
              -against-                                     :    19-CV-6012 (VSB)
                                                            :
THE CITY OF NEW YORK, et al.,                               :         ORDER
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/8/2021

VERNON S. BRODERICK, United States District Judge:

      Previously, I directed Defendants to produce to Plaintiff IAB, CPI, and CCRB summaries of Defendant Rivera's disciplinary history that contain allegations similar in nature to the complaint that pre-date the July 8, 2016 incident by ten years.  (Doc. 58.)  I directed that any summaries of Defendant Rivera's disciplinary records that were withheld from Plaintiff should be produced to the Court for in camera review.  This Court has reviewed the withheld disciplinary summaries.

      "Events after a disputed incident often shed light both on the intent of participants, and on institutional or individual patterns of behavior.  Depending on the precise circumstances involved, such post-incident occurrences can be highly relevant."  *Malsh v. New York City Police Dep't*, No. 92CIV.2973(KTD)(AJP), 1995 WL 217507, at *2 (S.D.N.Y. Apr. 11, 1995) (quoting *Montalvo v. Hutchinson*, 837 F. Supp. 576, 581 (S.D.N.Y. 1993)); *see also Walls v. City of New York*, No. 19CIV337RPKVMS, 2020 WL 6899996, at *4 (E.D.N.Y. Nov. 24, 2020) ("Courts have found misconduct complaints relevant where they were made or underlying allegations occurred after the contested incident.") (collecting cases).  Defendants therefore are directed to

produce to Plaintiff IAB, CPI, and CCRB summaries of Defendant Rivera's disciplinary history that contain allegations similar in nature to the complaint that post-date the July 8, 2016 incident.

Accordingly, it is hereby:

ORDERED that, by March 22, 2021, Defendants produce to Plaintiff summaries of Defendant Rivera's disciplinary records that contain allegations similar in nature to the complaint that post-date the July 8, 2016 incident.

SO ORDERED.

Dated:     March 8, 2021
           New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge