UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

SARA DEVINCENZI, as Administrator for the Estate of BENJAMIN DEVINCENZI,

19 Civ. 6012 (VSB)

                             Plaintiff,

**NOTICE OF MOTION TO COMPEL DISCOVERY AND EXTEND DISCOVERY UNTIL AUGUST 31, 2020**

-against-

THE CITY OF NEW YORK, *et al.*,

                             Defendant.

------------------------------------------------------------------- X

Upon the Declaration of Arthur Z. Schwartz dated July 23, 2020, and the proceedings had herein heretofore, Plaintiff shall move this Court, at a date to be determined by the Court, for an Order:

    a.    Pursuant to Rule 37 FRCP compelling the defendant City of New York to:

        1.    Comply with Rule 26 FRCP and serve Initial Disclosures;

        2.    Comply with Plaintiff's Request to Procure Documents;

        3.    Present Defendant Paule Rivera at a deposition; and

    b.    Extending discovery until August 31, 2020 so that the Plaintiff can complete the discovery which Defendant has refused to deliver.

Dated: July 23, 2020

On July 27, 2020, Plaintiff filed a motion to compel and to extend discovery until August 31, 2020. Since that time, discovery has been extended beyond August 31, 2020, (see Doc. 62), and the Court has issued multiple orders directing Defendants to produce certain records to Plaintiff, (see Docs. 58, 60). Plaintiff is directed to inform the Court by April 14, 2021 why this motion to compel is not moot.

SO ORDERED:

*/s/ Vernon Broderick*
HON. VERNON S. BRODERICK   4/8/2021
UNITED STATES DISTRICT JUDGE

ADVOCATES FOR JUSTICE,
CHARTERED ATTORNEYS
*Attorneys for Plaintiff*

By: /s/ *Arthur Z. Schwartz*
225 Broadway, Suite 1902
New York, New York 10007
212-285-1400
aschwartz@afjlaw.com

2

TO: Amatullah Booth
Assistant Corporation Counsel
New York City Law Department
*Counsel for Defendant City of New York*
100 Church Street
New York, New York 10007