```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
SARA DEVINCENZI,                                            :
                                  Plaintiff,                :
                                                            :
                -against-                                   :   19-CV-6012 (VSB)
                                                            :
THE CITY OF NEW YORK, et al.,                               :         ORDER
                                                            :
                                  Defendants.               :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On July 27, 2020, Plaintiff filed a motion to compel and to extend discovery until August 31, 2020. Since that time, discovery has been extended beyond August 31, 2020, (*see* Doc. 62), and the Court has issued multiple orders directing Defendants to produce certain records to Plaintiff, (*see* Docs. 58, 60). The Court has also entered an order regarding remote deposition protocol. (Doc. 66.) On April 8, 2021, I directed Plaintiff to inform the Court by April 14, 2021 why this motion to compel is not moot. (Doc. 65.) Plaintiff did not respond. Accordingly, it is hereby:

ORDERED that Plaintiff's motion to compel is deemed moot. The Clerk of Court is respectfully directed to terminate the open motion at docket entry 33.

SO ORDERED.

Dated: April 19, 2021
       New York, New York

*(signature)*
Vernon S. Broderick
United States District Judge