

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **JEFFREY F. FRANK**<br>*Assistant Corporation Counsel*<br>Email: jefrank@law.nyc.gov<br>Cell: (929) 930-0780<br>Tel: (212) 356-3541 |

October 22, 2021

**VIA ECF**
Honorable Vernon S. Broderick
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Estate of Benjamin DeVincenzi v. City of New York, et al.</u>,
               19-CV-6012 (VSB) (PK)

Your Honor:

        I am an Assistant Corporation Counsel ("ACC") in the Special Federal Litigation Division of the New York City Law Department.  I write to respectfully request an adjournment of the post-discovery conference currently scheduled before Your Honor on October 27, 2021, at 4:00 p.m.  This is defendants' first request for an adjournment of this conference and plaintiff's counsel consents to same.

        The  requested adjournment is necessitated by the fact that the two ACCs previously assigned to this matter have either recently transferred out of this Division or left the employ of the Law Department.  Thereafter, the attorney to whom this matter was slated to be transferred suffered an unexpected death in his family last week and has not yet returned to the office.  Accordingly, this matter was just reassigned this week to the undersigned.  A brief adjournment of the conference will allow me to become familiar with the case such that I can meaningfully participate in the conference.

Should the Court grant this application, defendants respectfully request that the conference be scheduled on or after November 1, 2021.[1]  This is in accord with plaintiff's counsel's suggestion that the conference could be held during the week of November 5, 2021.

I thank the Court for its consideration herein.

Respectfully submitted,

*/s/ Jeffrey Frank*

Jeffrey F. Frank
*Assistant Corporation Counsel*
Special Federal Litigation Division

cc:   Arthur Z. Schwartz, Esq. (via ECF)

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.   October 25, 2021

The Status Conference scheduled for 10/27/2021 is hereby adjourned to 11/4/2021 at 4:00 PM.

---

[1] For planning purposes, the Court is informed that this Office has scheduled holidays on November 2 and 11, 2021.  Additionally, I am scheduled to appear at an initial conference on Friday, November 5, 2021, at 2:00 p.m. before Honorable Judge Marcia Henry in the Eastern District of New York and at a status conference on November 9, 2021, at 10:00 a.m. before Honorable Taryn Merkl, also in the Eastern District of New York.