```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
                                                            :
SARA DEVINCENZI,                                            :
                                    Plaintiff,              :
                                                            :      19-CV-6012 (VSB)
                -against-                                   :
                                                            :              ORDER
THE CITY OF NEW YORK, et al.,                               :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

  Based on my comments during the post-discovery conference held on November 4, 2021, it is hereby:

  ORDERED that, by November 11, 2021, the parties are to submit a joint letter with a proposed briefing schedule for dispositive motions and to indicate whether the parties intend to engage in settlement discussions before a Magistrate Judge.

  SO ORDERED.

Dated:  November 5, 2021
     New York, New York

                   Vernon S. Broderick
                   United States District Judge