UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SARA DEVINCENZI, *as administrator*
*for the Estate of Benjamin DeVincenzi,*

                            Plaintiff,                    **ORDER**

                -against-                         **19-CV-6012 (VSB) (JW)**

THE CITY OF NEW YORK *et al.*,

                            Defendants.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      The Court is in receipt of the Defendant's request to hold tomorrow's conference remotely or, in the alternative, to adjourn the conference. Dkt. No. 126.

      Because settlement conferences are most effective when all Parties attend in person, tomorrow's settlement conference is adjourned.

      The Parties are directed to confer and contact Courtroom Deputy Christopher Davis via email **by October 20th** at WillisNYSDChambers@nysd.uscourts.gov to provide three new mutually agreeable dates.

      The Clerk of the Court is respectfully requested to close Dkt. No. 126.

      SO ORDERED.

DATED:    New York, New York
               October 16, 2023

                                                      */s/ Jennifer E. Willis*
                                                      JENNIFER E. WILLIS
                                                      United States Magistrate Judge