UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SARA DEVINCENZI, *as administrator*
*for the Estate of Benjamin DeVincenzi,*

                        Plaintiff,                    **ORDER**

                -against-                   **19-CV-6012 (VSB) (JW)**

THE CITY OF NEW YORK *et al.*,

                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

With apologies for any inconvenience, the Court needs to adjust the starting time of this Friday's settlement conference. **The Parties are directed to appear at 10:30 am** in Courtroom 228, 40 Foley Square, New York, New York.

SO ORDERED.

DATED:    New York, New York
                November 28, 2023

                                              */s/ Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge