

**Arthur Z. Schwartz**
Principal Attorney

aschwartz@afjlaw.com

225 Broadway, Suite 1902
New York, New York 10007

t. (212) 285-1400
f. (212) 285-1410

www.afjlaw.com

> This request to adjourn the conference is GRANTED. By December 15th, the Parties shall email WillisNYSDChambers@nysd.uscourts.gov with three mutually agreeable proposed dates for a new conference.
>
> SO ORDERED.
>
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> November 30, 2023

By ECF

Hon. Jennifer E. Willis
United States Magistrate Judge
United States District Court
40 Foley Square
New York, NY  10007

      Re:    Devincenzi v. City of New York
             19 Civ. 6012 (VSB)
             Request to Adjourn Conference

Dear Magistrate Willis:

      I write with regard to the settlement conference originally scheduled for tomorrow at 11:30, which has now been moved to 10:30 a.m.

      We have two problems.  First, Ms. Devincenzi has contracted COVID and cannot appear live in the courtroom.  Second, the Court's movement of the conference from 11:30 to 10:30, even if we were to proceed remotely, creates a problem for me.  I have a settlement conference at the New York City Office of Trials and Hearings at 10:00 a.m. tomorrow, which is being done remotely.  There is little chance that it will be over by 10:30.

      I do think that an in-person settlement meeting is preferable to meeting remotely, if that was even possible.  Therefore, with regret, I must ask that the Court give us some other dates to attempt resolution.

                                      Respectfully submitted,

                                      /s/ *Arthur Z. Schwartz*

                                    Arthur Z. Schwartz

AZS:dr